THEODORE BEHNKE, Respondent, v. BROOKLYN & QUEENS TRANSIT CORPORATION, Appellant.— In an action to recover for injuries sustained by being thrown from defendant's trolley car by reason of the closing of the doors as he was entering, the jury rendered a verdict for plaintiff in the sum of $2,500. The court granted defendant's motion to set aside the verdict on the ground of excessiveness unless plaintiff consented within ten days to reduce the verdict to $1,500. Such consent was filed. Judgment reversed on the facts and a new trial granted, with costs

to appellant to abide the event, on the ground that the verdict was against the weight of the evidence. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.